HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BEVERLEE P. KAMERLING, JOEL RAMSDEN, JOHN E. JOHANSEN, JOHN E. WORTHEN, NICHOLAS J. ALEXANDER, DONALD I. GOLDSTEIN, JAMIE S. GOLDSTEIN, and SETH QUINTO,<br><br>　　　　　　　　　Defendants. | No.  CR07-410 RAJ<br><br>ORDER CONTINUING TRIAL DATE |

**THE COURT** having considered Defendants Joel Ramsden, John Johansen, Donald Goldstein and Seth Quinto's motion to continue the trial date and pretrial motions deadline, and the records and files herein, finds, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv), that this case is so complex due to the number of defendants and the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or for trial itself by the current trial date; that the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due

diligence; and, thus, that, pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by continuing the trial date to October 6, 2008, outweighs the best interest of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED** that, as to all Defendants, the trial date be continued from February 11, 2008, to October 6, 2008.

**IT IS FURTHER ORDERED** that the period of time from the current trial date of February 11, 2008, up to and including October 6, 2008, shall be excludable time as to all defendants, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.*

DATED this 5th day of February, 2008.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE - 2